# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** February 17, 2022

**CASE OF:** STEPHEN TODD BOOKER V. STATE OF FLORIDA

**DOCKET NO.:** SC21-763

**OPINION FILED:** February 3, 2022

### ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On page 7, line 13, "Fla. R. App. P. 3.851(f)(5)(B)" was changed to "Fla. R. Crim. P. 3.851(f)(5)(B)."

**SIGNED: OPINION CLERK**